IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EMILY WONG, an individual,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LETTUCE ENTERTAIN YOU ENTERPRISES, INC., an Illinois corporation, and RYAN ARNOLD, an individual,**<br><br>　　　　Defendants. | Case No. 1:20-cv-01470 |

**LETTUCE ENTERTAIN YOU ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Lettuce Entertain You Enterprises, Inc. ("LEYE"), through its attorneys Littler Mendelson P.C., hereby submits its Corporate Disclosure Statement and Notification as to Affiliates as follows:

1. LEYE is a privately held company and has no parent corporation or publically held affiliates.

2. No publicly held entity owns 10% or more of LEYE's stock.

[Signature is on next page]

Dated: February 28, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**LETTUCE ENTERTAIN YOU ENTERPRISES, INC.**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Shanthi V. Gaur*
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Shanthi V. Gaur
Michael G. Congiu
Abby L. Bochenek
Daniel Y. Kim
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520
sgaur@littler.com
mcongiu@littler.com
abochenek@littler.com
dkim@littler.com

2

## **CERTIFICATE OF SERVICE**

Shanthi Gaur, an attorney, hereby certifies that on February 28, 2020, she electronically filed a ***Lettuce Entertain You Enterprises, Inc.'s Corporate Disclosure Statement and Notification as to Affiliates*** via the electronic filing system with the Circuit Court of Cook County, Illinois, and sent a copy of the same via e-mail:

**TREVOR J. ORSINGER**
Orsinger Law Group, P.C.
129 West Willow Avenue
Wheaton, Illinois 60187
trevor@orsingerlawgroup.com

**DANIEL M. NELSON**
Nelson Law Offices, P.C.
129 West Willow Avenue
Wheaton, Illinois 60187
dan@nelsonlawoffices.com

**KEVIN FREY**
Laner Muchin Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654
kfrey@lanermuchin.com

                                                     */s/ Shanthi V. Gaur*
                                                        Shanthi Gaur