IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EMILY WONG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-1470 |
| v. | ) | |
| | ) | Honorable Robert Dow |
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC. AND RYAN ARNOLD | ) ) | Magistrate Judge David Weisman |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Emily Wong, Defendant Lettuce Entertain You Enterprises, Inc., and Defendant Ryan Arnold, by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby jointly stipulate to dismiss with prejudice each and every claim asserted by Emily Wong in the above-captioned lawsuit. All issues and controversies between Lettuce Entertain You Enterprises, Inc., Ryan Arnold, and Emily Wong have been settled and resolved to their mutual satisfaction. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

EMILY WONG

By:   /s/ Daniel Nelson
Trevor J. Orsinger
Orsinger Law Group, P.C.
129 West Willow Ave.
Wheaton, IL 60187

Daniel M. Nelson
Nelson Law Offices, P.C.
129 West Willow Ave.
Wheaton, IL 60187

Respectfully submitted,

LETTUCE ENTERTAIN YOU
ENTERPRISES, INC.

By:   /s/ Shanthi V. Gaur
   Shanthi V. Gaur
   Michael G. Congiu
   Abby L. Bochenek
   Daniel Y. Kim
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
312.372.5520

RYAN ARNOLD

By: /s/ Kevin W. Frey
Kevin W. Frey
Jolianne Alexander
Laner Muchin Ltd.
515 N. State St., Suite 2800
Chicago, IL 60654


Date:   December 15, 2021